AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Clare Cash-Davis, Bernard Ceasar, Carolyn Neal, and Tawanda Taylor-White, )
    *Plaintiff(s)* )
    v. )   Civil Action No.   3:17-466-JFA
Access Community Rehabilitative Behavioral Health Services and Jembralyn Jones, )
    *Defendant(s)*

**JUDGMENT IN A CIVIL ACTION**

The court orders:

■ that plaintiff, Bernard Ceasar shall recover from the defendants, Access Community Rehabilitative Behavioral Health Services and Jembralyn Jones total damages in the amount of Twenty Thousand Nine Hundred Ninety-one and 25/100 dollars ($ 20,991.25), with post-judgment interest at the rate as provided by law.

■ that plaintiff, Tawanda Taylor-White shall recover from defendants, Access Community Rehabilitative Behavioral Health Services and Jembralyn Jones total damages in the amount of Thirteen Thousand Five Hundred Forty and 25/100 dollars ($ 13,540.25), and with post-judgment interest at the rate as provided by law.

■ that plaintiff, Bernard Ceasar and Tawanda Taylor-White recover from defendants, Access Community Rehabilitative Behavioral Health Services and Jembralyn Jones, Nine Thousand Three Hundred Twenty-one and 67/100 dollars ($ 9,321.67) as reasonable attorney's fees and costs.

■ that plaintiffs' Clare Cash-Davis and Carolyn Neal shall take nothing from defendants Access Community Rehabilitative Behavioral Health Services and Jembralyn Jones and the complaint and counterclaims are dismissed without prejudice.

■ Tried by Honorable Joseph F. Anderson, Jr., United States District Judge, presiding without a jury and the above decision was reached.

Date:  May 10, 2019                           *CLERK OF COURT*

                                                                  s/Mary L. Floyd, Deputy Clerk

                                                                  *Signature of Clerk or Deputy Clerk*